IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEON MORRIS,** | 2:10-cv-02069 JAM DAD |
| Plaintiff, | **ORDER** |
| v. | |
| **T. VIRGA, et al.,** | |
| Defendants. | |

Defendants have filed a motion to stay discovery in light of their pending motion for summary judgment based upon plaintiff's alleged failure to exhaust his administrative remedies prior to filing suit as required. Defendants' motion is potentially dispositive of this entire case, and plaintiff has already opposed the motion for summary judgment indicating that discovery is not required on the issue of exhaustion. Under these circumstances, the court will grant defendants' motion. See Albino v. Baca, 747 F.3d 1162, 1171 (9th Cir. 2014) (court may use its discretion to limit discovery "leaving until later – if it becomes necessary – discovery directed to the merits of the suit").

/////

/////

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for a protective order (Doc. No. 49) is granted; and

2. Discovery is stayed in this action. In the event that the court denies defendants' pending motion for summary judgment, the court will issue a discovery and scheduling order for this case.

Dated: October 1, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
morr2069.stydisc