UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SGT. K. TURNER, GUARDS G. WHITTED, M. BIGGS, C.M. GREEN, R. STRIGEL, et al.,<br><br>　　　　Defendants. | Case No.  2:10-cv-02069-TLN-DAD<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR DEFENDANT GUFFEE** |

　　　Defendant GUFFEE, having filed a Request for court approval of substitution of attorney, seeks to substitute his current counsel Janet Nah Chen, Deputy Attorney General, of the Office of the Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen, LLP, as attorney of record.

　　　For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant GUFFEE in this action.

　　　**IT IS SO ORDERED.**

Dated:  February 24, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/morr2069.sub